**Order entered July 2, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00725-CV

## IN THE INTEREST OF A.G. AND A.G., CHILDREN

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 97715CC**

## ORDER

This is an accelerated appeal regarding the termination of parental rights. The clerk's record and a reporter's record from a hearing conducted on June 5, 2018 have been filed. Before the Court is the June 28, 2018 letter of court reporter Becky Wheeler informing the Court that she is currently transcribing an audio recording of a hearing that was conducted on May 24, 2018. She states in her letter that she cannot file her transcription as an official reporter's record because she can only certify that it is an accurate transcription from an audio recording.

Accordingly, we **ORDER** the Honorable Deane Loughmiller, Presiding Judge of Kaufman County Court of Law No. 1, to conduct a hearing to determine and make a written finding as to whether the parties agree on the contents of the Ms. Wheeler's transcription of the May 24 hearing. *See* TEX. R. APP. P. 34.2. If the parties do not agree, Judge Loughmiller shall then determine and make written findings as to whether (1) appellants requested the proceedings be stenographically recorded or objected to them being electronically recorded and (2) the record

of the proceedings is necessary to the appeal's resolution.  *See id*. 34.6(f).  The trial court shall hold the hearing **WITHIN FIFTEEN DAYS** of the date of this order.  Further, **WITHIN TWENTY DAYS** of the date of this order, the trial court shall transmit to this Court a reporter's record of this hearing and a supplemental clerk's record containing the trial court's docket sheet, the written finding(s), and any supporting documentation.

We **DIRECT** the Clerk of this Court to send a copy of this order to Judge Loughmiller, Shelly Etheridge, Official Court Reporter of Kaufman County Court at Law No. 1, Ms. Wheeler, and all parties.

We **ABATE** the appeal to allow the trial court to comply with this order.  The appeal will be reinstated when the requested records have been filed or within thirty days of the date of this order, whichever occurs sooner.

/s/     ADA BROWN
        JUSTICE